United States Courts
Southern District of Texas
FILED
June 29, 2022
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. |
| § | |
| MONIQUE RENEE LIGGINS § | 4:22-cr-311 |

### INDICTMENT

The Grand Jury charges:

### COUNT 1
(Misappropriation of Postal Funds)

From on or about December 3, 2020, through on or about December 21, 2020, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**MONIQUE RENEE LIGGINS,**

being a United States Postal Service employee, did convert to her own use and without lawful authorization, property valued in excess of $1,000.00 under her control in the execution of her employment and service as a Postal employee.

In violation of Title 18, United States Code, Sections 1711 and 2.

A TRUE BILL

Original Signature on File
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
United States Attorney

By: _____
Heather Winter
Assistant United States Attorney